

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00384-CV

| | | |
|---|---|---|
| RKI EXPLORATION & PRODUCTION, LLC, Appellant | § | On Appeal from the 352nd District Court |
| v. | § | of Tarrant County (352-285144-16) |
| | § | June 23, 2022 |
| AMERIFLOW ENERGY SERVICES, LLC AND CRESCENT SERVICES, LLC, Appellees | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Ameriflow Energy Services, LLC and Crescent Services, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Dabney Bassel_____
      Justice Dabney Bassel